# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 155 MAL 2016

          Respondent            :

                          :   Petition for Allowance of Appeal from
                          :   the Order of the Superior Court
          v.                  :

WESLEY MORGAN POLLARD, SR.,   :

          Petitioner            :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of August, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Mundy did not participate in the decision of this matter